# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>SPEARMAN,<br><br>        Respondent. | Case No. 20-cv-00322-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 23 |

Respondent has filed a request for an extension of the deadline to file a renewed motion to dismiss the petition for writ of habeas corpus. Upon due consideration of the request and accompanying declaration of attorney Michele Swanson, the request is GRANTED. Docket No. 23. Respondent must file and serve his motion to dismiss no later than **March 19, 2021.** Petitioner must file and serve his opposition to the motion to dismiss no later than **April 30, 2021**. (The court has extended the deadline by 60 days rather than the requested 30 days because respondent's counsel apparently must wait for action by the superior court before filing the motion to dismiss.)

**IT IS SO ORDERED**.

Dated: February 5, 2021

_____
SUSAN ILLSTON
United States District Judge