UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SMITH,

    Petitioner,

v.

SPEARMAN,

    Respondent.

Case No. 20-cv-00322-SI

**JUDGMENT**

This action is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 7, 2021

_____
SUSAN ILLSTON
United States District Judge